```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    v.                                                Case No. 12-cr-84-PB

**Brian Pearson**

## O R D E R

The defendant has moved through counsel to continue the January 8, 2013 trial in the above case for a period of 30 days, citing the need to retain a new expert who will require additional time to prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from January 8, 2013 to February 5, 2013.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December 18, 2012

cc: Behzad Mirhashem Esq.
    William Morse, AUSA
    United States Marshal
    United States Probation